IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00148-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     ANES SALEH

       Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture against Defendant Anes Saleh pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On April 10, 2014, the grand jury charged defendant Anes Saleh in Counts One through Twenty-Four with violations of 18 U.S.C. § 1343 and 7 U.S.C. § 2024(b)(1). (Doc. 1).

On October 2, 2014, the United States and defendant Anes Saleh entered into a Plea Agreement in this case. (Doc. 29). The defendant also agreed to the entry of a preliminary order of forfeiture against $1,640.00 seized from the defendant's JP Morgan Chase Bank account ending in 9010; and a personal money judgment in the amount of restitution determined by the Court. The Plea Agreement provides an ample basis for an order of forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT against $1,640.00 seized from the defendant's JP Morgan Chase Bank account ending in 9010 is subject to forfeiture as proceeds obtained by defendant Anes Saleh through commission of the offense in Count Three for which defendant Anes Saleh has pleaded guilty.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Anes Saleh in the amount of the restitution shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  Pursuant to Federal Rule of Criminal Procedure 32.2(e)(1), this Forfeiture Money Judgment shall be amended once the amount of the money judgment is determined by the Court.

SO ORDERED this 18th day of February, 2015.

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
U.S. District Court Judge