IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00148-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ANES SALEH,

    Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 54).  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as set forth in the Indictment returned on April 10, 2014;

THAT an Amended Preliminary Order of Forfeiture entered on February 23, 2015;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on April 21, 2015;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the $1,640.00 seized from the defendant's JP Morgan Chase Bank account; shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), free from the claims of any other party, to be applied to Defendant's Personal Money Judgment

THAT the United States shall have full and legal title to the forfeited currency and may dispose of it in accordance with law.

SO ORDERED this August 11, 2015.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge